UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| REYES-MUNOZ ET AL<br>Plaintiff,<br>v.<br>PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, ET AL,<br>Defendants. | No. 3:19-cv-02131-JAW |

JUDGMENT

In accordance with the *Order on Motion for Voluntary Dismissal due to Settlement by District John A. Woodcock, Jr., dated June 1, 2026 (ECF No. 375), the Court DISMISSES with prejudice, retaining jurisdiction under Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375 (1994) to resolve any post-judgment disputes about settlement.*

The case is now closed for statistical purposes.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2026.